NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1502


STATE OF LOUISIANA

VERSUS

WILLIAM BRADFORD


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 268,655
HONORABLE THOMAS M. YEAGER, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


OSWALD A. DECUIR
JUDGE


\*\*\*\*\*\*\*\*\*\*


Court composed of Oswald A. Decuir, Jimmie C. Peters, and Billy Howard Ezell, Judges.


AFFIRMED.


Charles E. Johnson, Jr.
Assistant District Attorney
Ninth Judicial District
P.O. Drawer 1472
Alexandria, LA 71309
(318) 473-6650
Counsel for Plaintiff/Appellee:
　　State of Louisiana

**Joseph Kutch**
**Attorney at Law**
**1010 Main Street**
**Pineville, LA 71360**
**(318) 448-6155**
**Counsel for Defendant/Appellant:**
**William Bradford**

**Bridget Brown**
**Attorney at Law**
**P. O. Box 1790**
**Alexandria, LA 71309**
**(318) 443-9000**
**Counsel for Defendant/Appellant:**
**William Bradford**

**William Bradford**
**R.P.D.C. #3  (9189)**
**7400 Academy Drive**
**Alexandria, LA 71303**